PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA WASSEF, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> USCIS, ET AL., <br><br> Defendant. | CASE NO. 1:24-CV-00117 JLT-BAM <br><br> STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY ABEYANCE |

    The Defendants respectfully request to hold this case in temporary abeyance through October 9, 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiffs alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on their pending asylum applications, which were filed in 2017. USCIS has scheduled Plaintiffs' asylum interview for June 11, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiffs' applications, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through October 9, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: March 11, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ LEWIS JUBRAN
LEWIS JUBRAN
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation, and for cause appearing, this matter is held in temporary abeyance through October 9, 2024. The Scheduling Conference currently set for May 7, 2024, is continued to **November 13, 2024, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.

IT IS SO ORDERED.

Dated: **March 12, 2024**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE