1 PHILLIP A. TALBERT
United States Attorney
2 ELLIOT C. WONG
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMIRA WASSEF, ET AL., | CASE NO. 1:24-CV-00117-JLT-BAM |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. Plaintiffs alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on their pending asylum applications, which were filed in 2017. USCIS has completed Plaintiffs' asylum interviews and expects to issue a decision. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiffs' applications.

/ / /

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is October 24, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  October 7, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Date: October 7, 2024

/s/ LEWIS JUBRAN
LEWIS JUBRAN
Counsel for Plaintiffs

ORDER

Pursuant to the parties' stipulation, and for cause appearing, the deadline for Defendants to file an answer or other dispositive pleading is extended to **October 24, 2024**.

IT IS SO ORDERED.

Dated:  **October 8, 2024**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE